No. 74–1015. INTERCOUNTY CONSTRUCTION CORP. ET AL. *v.* WALTER, DEPUTY COMMISSIONER, BUREAU OF EMPLOYEES' COMPENSATION, U. S. DEPARTMENT OF LABOR, ET AL. C. A. D. C. Cir. Motion to expedite consideration of petition for writ of certiorari denied.

No. 74–1031. FILES *v.* HEISKELL, SECRETARY OF STATE OF WEST VIRGINIA, ET AL. Sup. Ct. App. W. Va. Motion to expedite consideration of petition for writ of certiorari denied.

No. 74–5967. VECCHIARELLO *v.* UNITED STATES; and

No. 74–5985. SAUNDERS *v.* HOGAN, WARDEN, ET AL. Motions for leave to file petitions for writs of habeas corpus denied.

No. 74–5784. JACKSON *v.* BROWNING ET AL., JUDGES, U. S. COURT OF APPEALS; and

No. 74–5856. CARTER *v.* HANNAY, U. S. DISTRICT JUDGE. Motions for leave to file petitions for writs of mandamus denied.

No. 74–5818. BONNER *v.* NANGLE, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of prohibition denied.

No. 74–5568. GARCIA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–5599. GRACE *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 74–5633. IANNARELLI *v.* MORTON, SECRETARY OF THE INTERIOR, ET AL. C. A. 3d Cir. Certiorari denied.

No. 74–5634. STONE ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.